

| MICHAEL A. CARDOZO | THE CITY OF NEW YORK | JOYCE CAMPBELL PRIVÉTERRE |
|---|---|---|
| *Corporation Counsel* | **LAW DEPARTMENT** | *Special Federal Litigation Division* |
| | 100 Church St. | (212) 788-1277 |
| | New York, NY 10007 | Fax: (212) 788-9776 |

February 3, 2009

**Via ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:    Neil McFarlane et al. v. City of New York et al.
                              08 CV 3218 (CBA)(CLP)

Your Honor:

       I am the Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, assigned to the defense of this action, purportedly commenced pursuant to 42 U.S.C. § 1983. Plaintiff alleges, *inter alia*, that on September 3, 2007, he was falsely arrested and stripped-searched by a New York City police officer. Plaintiff also asserts a claim of excessive force.

       Defendants City of New York and Police Officer Chiang write to respectfully request an adjournment of the status telephone conference now scheduled for February 5, 2009 at 10:30 a.m. to March 12, 2009 at 10:30 a.m., or another time that accommodates the Court's schedule. Plaintiff's counsel Wale Mosaku, who consents to this request, has also apprised the undersigned that upon information and belief, plaintiff's criminal case is still pending. This enlargement is being requested as the undersigned will be on leave from February 3, 2009 until March 2, 2009.

       This is defendants' first request for an enlargement of time. Accordingly, defendants respectfully request an adjournment of the status telephone conference now scheduled for February 5, 2009 at 10:30 a.m. to March 12, 2009 at 10:30 a.m., or another time that accommodates the Court's schedule.

       We thank the Court and Mr. Mosaku for your consideration of this request.

Respectfully submitted,

Joyce Campbell Privéterre
Assistant Corporation Counsel

Request Granted. March 12, 2009
Conference Adjourned to at 2 p.m.

*Cheryl Pollak*
SO ORDERED. U.S. Magistrate Judge